# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00809-CV

**David Albers, Appellant**

**v.**

**James Russell Frost, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-14-000207, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

David Albers filed his notice of appeal on December 22, 2014. On March 25, 2015, the Clerk of this Court notified appellant that his brief was overdue and that his appeal was subject to dismissal for want of prosecution if he failed to file his brief or respond to the notice by April 6, 2015. To date, appellant has neither filed his brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   April 17, 2015